## Delaware, Lackawanna & Western Railroad Company's Tax Assessment (No. 2).

Argued Feb. 23, 1909. Appeal, No. 371, Jan. T., 1908, by The Delaware, Lackawanna & Western Railroad Company, from order of C. P. Lackawanna Co., Nov. T., 1907, No. 515, on appeal from tax assessment in the Matter of the Assessment of Land of The Delaware, Lackawanna & Western Railroad Company in Dickson City Borough. Before FELL, BROWN, POTTER, ELKIN and STEWART, JJ. Reversed.

OPINION BY MR. JUSTICE ELKIN, March 29, 1909:

For the reasons stated in the opinion handed down, ante, p. 240, the decree in this case is reversed and record remitted to the court below with instructions to determine the proper ratio without including personal property, and when the ratio is so determined then to fix the proper valuation of the coal lands in question upon this basis, costs on the appeal to this court to be paid by appellees.